United States District Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIANFEI YE, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-05432 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MILTON E. RIVAS, | § | |
| Defendant. | § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Plaintiff Jianfei Ye proceeds here *pro se*. Plaintiff filed this lawsuit, asserting claims against Defendant Milton E. Rivas for violations of the Fair Housing Act, defamation, and intentional infliction of emotional distress. See Dkt 1 at 3–4. He also filed a motion to proceed *in forma pauperis*. Dkt 2.

The matter was referred to Magistrate Judge Yvonne Y. Ho. Dkt 16. Pending is her recommendation that (i) the motion by Plaintiff to proceed *in forma pauperis* be denied, (ii) the case dismissed, and (iii) all other pending motions be denied as moot. Dkt 18.

Plaintiff filed objections, which were construed leniently given his *pro se* status. Dkt 21. It appeared that Plaintiff sought to assert new allegations, which might counsel a different result with respect to assessment of his potential claims in this matter.

Plaintiff was thus given a final opportunity to amend his complaint by July 27, 2026. Dkt 25. He was warned that failure to comply would result in adoption of the pending Memorandum and Recommendation, along with dismissal without prejudice. Id at 2.

Plaintiff failed to file an amended complaint.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

The motion by Plaintiff Jianfei Ye to proceed *in forma pauperis* is DENIED. Dkt 2.

This action is DISMISSED WITHOUT PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on July 29, 2026, at Houston, Texas.


Honorable Charles Eskridge
United States District Judge